# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| **SHELLIE KAY SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00205-O-BP |
| | § | |
| **CITY OF ARLINGTON, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 9. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation (ECF No. 9) of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiff's Original Verified Petition for Declaratory Judgment and Emergency Application for Temporary Restraining Order and Preliminary and Permanent Injunction (ECF No. 1) is **DISMISSED without prejudice**.

**SO ORDERED** on this **21st day** of **August, 2017**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**